1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE LOMAS GONZALES,                          No.  2:25-cv-0665 AC

12                    Plaintiff,                     ORDER GRANTING IFP AND
                                                     DIRECTING E-SERVICE
13           v.

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                      Defendant.
16

17          Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  See

18    28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

19    security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the

20    required affidavit, which demonstrates an inability to prepay fees and costs or give security for

21    them.  Accordingly, IT IS HEREBY ORDERED that:

22          1.      Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

23          2.      The Clerk of Court is directed to issue a summons for this case;

24          3.      In keeping with the court's e-service procedure for Social Security cases,[2] service

25                  on the defendant Commissioner of Social Security Administration shall proceed

26    _____

27    [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
      pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).
28    [2]  http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-
      effective-after-june-15-2021/

                                                     1

1    under the court's E-Service program as follows.  Once a summons is issued, the

2    Clerk of Court shall deliver to the Commissioner of Social Security

3    Administration and the United States Attorney's Office at their designated email

4    addresses a notice of electronic filing of the action along with the summons and

5    complaint.  The Commissioner has agreed not to raise a defense of insufficient

6    service of process if provided with notice of a complaint as detailed in this order.

7    This order is not intended to prevent parties from making any other motions that

8    are appropriate under the Federal Rules of Civil Procedure; and

9    4.    The Clerk of Court is DIRECTED to issue a scheduling order in this case.

10    IT IS SO ORDERED.

11    DATED: March 7, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE